UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN NEW YORK



ROBERT SHERLOCK,

      Plaintiff,

vs.

EMPIRE STATE CONTAINER,

      Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Case No. 06-CV-1437
NAM/GJD

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other, pursuant to FRCP 41(a)(1). This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 21, 2007

_____
George S. Mehallow, Esq.
Bar Roll No. 5027601
Attorney for Plaintiff
2700 Bellevue Avenue
Syracuse, New York 13219
Tel. No. 315-702-0026

_____
Shari R. Cohen, Esq.
Bar Roll No. 505860
Scolaro, Shulman, Cohen, Fetter & Burstein, P.C.
Counsel for Defendants
Office & Post Office Address
507 Plum Street, Suite 300
Syracuse, New York 13204
Telephone: (315) 471-8111

361820.1

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge
Dated: July 2, 2007